| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Jeremiah Smith<br>Special Agent: Steven Allick | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Phillippi Dawson

Case: 2:25−mj−30470
Assigned To : Unassigned
Assign. Date : 7/23/2025
Description: CMP USA v Sealed
Matter (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 15, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute a controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven Allick, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **July 22, 2025**

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMIANL COMPLAINT

### I.  INTRODUCTION AND AGENT BACKGROUND

I, Steven Allick, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May of 2014. I am currently assigned to the Detroit Field Division. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

2. During my employment with ATF, I have participated in numerous investigations of criminal violations relating to firearms, violent crime, and narcotics. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various investigative methods, including electronic surveillance, visual surveillance, search warrants, and the utilization of confidential informants.

3. The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports and information from others who have personal knowledge of the events and circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Phillippi DAWSON (DOB: XX/XX/1976) Possessed with the Intent to Distribute a Controlled Substance (cocaine base), in violation of 21 U.S.C. § 841(a).

## II. SUMMARY OF THE INVESTIGATION

5. On July 14, 2025, at approximately 11:26 p.m., Detroit Police Department (DPD) officers responded to a non-fatal shooting that occurred outside of a liquor store at 14XXX Greenfield Road. Through the course of the investigation, the police identified DAWSON as the suspect and his Chevy Tahoe as the suspect vehicle. On July 15, 2025, at approximately 1:00 p.m., DPD officers executed a State of Michigan search warrant at a residence associated to DAWSON at 15XXX Whitcomb Street, Detroit, MI. Officers were looking for Dawson's Tahoe, the firearm, shell casings, and other evidence of the non-fatal shooting. The police found DAWSON and other individuals inside the home. They found Dawson's Chevy Tahoe in the backyard of the home. Officers detained DAWSON and

searched him incident to arrest. The police found a keychain in DAWSON's front, right shorts pocket. When officers removed the key chain, they observed two small containers and one large blue container attached to the key chain. Inside the large blue container, officers found 43 suspected rocks of cocaine.



6.  Law enforcement field tested the suspected crack cocaine using a Thermo Scientific, TruNarc. The substances tested positive for cocaine base. The 43 rocks of cocaine base weighed approximately 9.5 grams.

7.  Based on my training, experience, and conversations with other law enforcement officers, I know that the possession of 43 rocks of cocaine base is indicative of distribution of a controlled substance, not personal use. In part, that is because drug users typically consume one crack rock, or a portion of a crack rock, at a time. Additionally, drug users typically possess at most several crack rocks at a time, not 43.

### III.     CRIMINAL HISTORY

8. I reviewed DAWSON's criminal history and learned that DAWSON is currently on felony probation for a 2025 conviction for possession of a firearm by a prohibited person and possession of controlled substance, less than 25 grams from Wayne County 3rd Circuit Court.  DAWSON also has the following felony convictions:

    a. 1996 Felony-Attempt Stolen Property-3rd Circuit Court-Wayne County, MI.
    b. 1997 Felony-Carjacking-3rd Circuit Court-Wayne County, MI.
    c. 2004 Felony-Home Invasion 2nd Degree-3rd Circuit Court- Wayne County, MI.
    d. 2006 Felony-Possession of a Controlled Substance, less than 25 grams-3rd Circuit Court- Wayne County, MI.
    e. 2008 Felony- Receiving and Concealing Stolen Property-3rd Circuit Court- Wayne County, MI.
    f. 2015 Felony-Possession of a Controlled Substance, less than 25 grams-3rd Circuit Court- Wayne County, MI.
    g. 2016 Felony-Possession of a Controlled Substance, less than 25 grams-3rd Circuit Court- Wayne County, MI.
    h. 2018 Felony-Carrying Concealed Weapon-3rd Circuit Court- Wayne County, MI.
    i. 2018 Felony- Assault/Resisting/Obstructing a Police Officer-3rd Circuit Court- Wayne County, MI.

## IV.  CONCLUSION

9.  Based on the above information, I have probable cause to believe that Phillippi DAWSON (DOB: XX/XX/1976) Possessed with Intent to Distribute a Controlled Substance (cocaine base), in violation of 21 U.S.C. § 841(a)(1), in the Eastern District of Michigan.

Respectfully submitted,

_____
Steven Allick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Date:  July 22, 2025

5